UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

DAVID PUTZER,

          Plaintiff,

vs.

BELANGER, et al.,

          Defendants.

2:10-CV-01409-PMP-RJJ

**ORDER**

Before the Court for consideration is Defendants, Kelly Belanger, David Carpenter, Tara Carpenter, Richard Garcia, Don Helling, Maribelli Henry, Rogelio A. Herrera, Robert LeGrand, Jack Palmer, Howard, Timothy Tooker, Kirk Widmar's Motion to Dismiss (Doc. #18), filed on December 30, 2010. On January 3, 2011, a Minute Order in Chambers (Doc. #19), was issued advising Plaintiff David Putzer he had 14 days to file an opposition. As of this date, no timely response in opposition has been filed, and good cause appearing,

**IT IS ORDERED that** Defendants' Motion to Dismiss (Doc. #18) is **GRANTED**.

DATED: January 25, 2011.

_____
PHILIP M. PRO
United States District Judge